## ORDER

PER CURIAM

**AND NOW**, this 13th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.

---

158 A.3d 1244

**David E. COOKE, Petitioner**

v.

**Evelyn A. COOKE, Thomas D. Cooke, Jr., and Ducky's Boats, Inc., Respondents**

**No. 390 MAL 2016**

Supreme Court of Pennsylvania.

October 13, 2016

## ORDER

PER CURIAM

**AND NOW**, this 13th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.